UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL DANIEL ETHRIDGE,

Plaintiff,

v.

NATIVIDAD MEDICAL CENTER, et al.,

Defendants.

Case No. 16-cv-05428-HSG (PR)

**ORDER DIRECTING CLERK TO REISSUE SUMMONS**

Plaintiff, an inmate at Salinas Valley State Prison, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to serious medical needs as against Natividad Medical Center ("Natividad") and three of its medical doctors, Paul Simcoe, Jennifer Swiney, and Mary Pennington. On November 14, 2016, the Court directed the Clerk to prepare the summonses for service of the complaint upon the three doctors and the United States Marshal to effectuate such service. On May 9, 2017, the Marshal returned the summonses unexecuted.

Court staff contacted hospital staff at Natividad and was informed that the summonses should be directed to the hospital's Medical Staff Office. Hospital staff also provided identifying information for the three defendants. Accordingly, the Court will reissue summons.

**CONCLUSION**

1. The Clerk shall reissue summonses, and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint (Docket No. 1), the Court's November 14, 2016 Order of Service (Docket No. 6), and a copy of this order upon:

**Dr. Paul Simcoe, Emergency Department**
**c/o Medical Staff Office**
**Natividad Medical Center**
**1441 Constitution Blvd.**
**Salinas, CA 93906**

**Dr. Jennifer Swiney, Medical Staff**
**c/o Medical Staff Office**
**Natividad Medical Center**
**1441 Constitution Blvd.**
**Salinas, CA 93906**

**Dr. Mary Pennington, Residency Program**
**c/o Medical Staff Office**
**Natividad Medical Center**
**1441 Constitution Blvd.**
**Salinas, CA 93906**

The Clerk shall also mail a courtesy copy of the complaint and this order to the California Attorney General's Office.

2. In order to ensure adequate time for defendants to be served, the Court *sua sponte* extends the dispositive motion deadline. Accordingly, the briefing schedule for dispositive motions set out in the Court's November 14, 2016 order is VACATED, and the deadline for defendants to file their dispositive motion is CONTINUED to **September 27, 2017**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file their reply within **fourteen (14)** days of the date the opposition is filed.

**IT IS SO ORDERED.**

Dated: 6/8/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge