UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DANIEL ETHRIDGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIVIDAD MEDICAL CENTER, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05428-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 17 |

Good cause appearing, defendant Paul Simcoe's request for an extension of time to file a dispositive motion is GRANTED. The Court notes that two defendants still have not appeared in this action. Accordingly, the briefing schedule set forth in the Court's November 14, 2016 order is VACATED. The Court will issue a new briefing schedule for dispositive motions when all defendants have appeared.

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: 10/4/2017

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge