UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL DANIEL ETHRIDGE,

Plaintiff,

v.

NATIVIDAD MEDICAL CENTER, et al.,

Defendants.

Case No. 16-cv-05428-HSG (PR)

**ORDER OF DISMISSAL**

Plaintiff initiated this *pro se* civil rights action under 42 U.S.C. § 1983 on September 22, 2016. At that time, plaintiff was a prisoner of the State of California housed at Salinas Valley State Prison. On November 14, 2016, the Court ordered service on defendants. After issuing various orders intended to help locate defendants, on March 7, 2018, mail sent to plaintiff by the court was returned to the Clerk of the Court as undeliverable with a notation "inmate no longer at this institution." Dkt. No. 23.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly,

the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 5/24/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge