UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DANIEL ETHRIDGE, | Case No. 16-cv-05428-HSG (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIVIDAD MEDICAL CENTER, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights action without prejudice for plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/24/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge